■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY J. BAKER, Appellant. [909 NYS2d 662]—Appeal by the defendant from an amended judgment of the County Court, Dutchess County (Hayes, J.), rendered May 27, 2009, revoking a sentence of probation previously imposed by the same court, upon a finding that he had violated a condition thereof, upon his admission, and imposing a sentence of imprisonment upon his previous conviction of criminally negligent homicide.

Ordered that the amended judgment is affirmed.

The sentence imposed was not excessive (*see People v Williams*, 69 AD3d 887 [2010]; *People v Haimson*, 164 AD2d 867 [1990]; *People v Suitte*, 90 AD2d 80 [1982]). The defendant's remaining contentions relate to matter dehors the record, and may not be addressed on this appeal (*see People v Moss*, 74 AD3d 1360 [2010]; *People v Tillman*, 74 AD3d 1251 [2010], *lv denied* 15 NY3d 856 [2010]). Covello, J.P., Leventhal, Hall and Sgroi, JJ., concur.